UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HAROLD D. ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-27 SNLJ |
| ) | |
| UNKNOWN FLENOID, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se motion for access to qualified legal claim. The motion is denied.

Plaintiff seeks an order directing the Assistant Warden to issue him a qualified legal claim so that he can purchase stamps. Plaintiff says he has "a host of documents to forward to the Court . . ." The motion is denied because it is not necessary for plaintiff to forward any documents to the Court at this time. Plaintiff has filed his complaint, which is the only document the Court will review until defendants file a responsive pleading.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's pro se motion for access to qualified legal claim [ECF No. 26] is **DENIED** without prejudice.

Dated this 24th day of May, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE